# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **EDCV 19-0103-R (JPR)**          Date: **April 26, 2019**

Title: **Valirie R. Vaughn v. Comm'r of Soc. Sec.**

================================================================

**DOCKET ENTRY: Order to Show Cause Why Action Should Not be Dismissed for Failure to Prosecute**

================================================================

PRESENT:

        **HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

  None present                                  None present

## PROCEEDINGS: (IN CHAMBERS)

On January 17, 2019, Plaintiff, proceeding pro se, filed the Complaint in this Social Security action. On January 24, 2019, the Court issued a Case Management Order, requiring Plaintiff to properly serve the Summons and Complaint on the Commissioner and file proof of service with the Court within 90 days of the Complaint's filing. The Court specifically warned Plaintiff that failure to do so could "result in dismissal of this case. See Fed. R. Civ. P. 4(m)."

Some 99 days have now passed and Plaintiff has not filed proof of service with the Court. The Federal Rules of Civil Procedure provide that "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m); see Boudette v. Barnette, 923 F.2d 754, 757-58 (9th Cir. 1991) (affirming dismissal of complaint for failure to timely serve summons and complaint); Carrasco v. U.S. Gov't, No. C06-5104RJB, 2007 WL 764721, at *4 (W.D. Wash. Mar. 9, 2007) (IFP plaintiff not entitled to service by Marshal as matter of right), aff'd, 292 F. App'x 610, 610 (9th Cir. 2008). Further, Rule 4(l) provides that "[u]nless service is waived, proof of service must be made to the court."

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.:    **EDCV 19-0103-R (JPR)**                                            April 26, 2019
             **Valirie R. Vaughn v. Comm'r of Soc. Sec.**                        **Page 2**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant has made an appearance in this case, so it appears that she was served. But Plaintiff still must file proof of such service. See Fed. R. Civ. P. 4(l). Accordingly, she must either (1) file no later than May 10, 2019, proof of proper service on the Commissioner or (2) show cause in writing by that date why this action should not be dismissed for failure to prosecute. Plaintiff is warned that failure to do either will likely result in this action being dismissed for failure to prosecute.