# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **EDCV 19-0103-R (JPR)**　　　　　　　　　　Date: **June 28, 2019**
Title: **Valirie R. Vaughn v. Comm'r of Soc. Sec.**
================================================================

**DOCKET ENTRY: Order to Show Cause Why Action Should Not be Dismissed for Failure to Prosecute**
================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

　　　Bea Martinez　　　　　　　　　　　　　n/a
　　　Deputy Clerk　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　　　ATTORNEYS PRESENT FOR DEFENDANT:
　　None present　　　　　　　　　　　　　　　None present

## PROCEEDINGS: (IN CHAMBERS)

Under the terms of the Court's January 24, 2019 case-management order, Plaintiff was to serve and file a motion for judgment on the pleadings no later than June 17. To date Plaintiff has not done so, nor has she requested an extension of time.

No later than 14 days from the date of this order, Plaintiff must show cause in writing why this action should not be dismissed for lack of prosecution. See C.D. Cal. R. 41-1. Alternatively, she may within that time file her motion for judgment on the pleadings, in which case this OSC will automatically be discharged. Plaintiff is expressly warned that failure to timely and satisfactorily comply with this order may result in her case being dismissed for failure to prosecute.

Plaintiff is advised that legal help is available from the pro se clinics in this district. The closest one to Plaintiff appears to be in Room 125 of the George E. Brown, Jr. Federal Building, 3470 12th Street, Riverside, California 92501. For more information, she may call (951) 682-7968 or visit the clinics' website, http://court.cacd.uscourts.gov/cacd/ProSe.nsf/.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk:bm
CIVIL-GEN