# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **EDCV 19-0103-R (JPR)**          Date: **August 28, 2019**
Title: **Valirie R. Vaughn v. Comm'r of Soc. Sec.**

================================================================

**DOCKET ENTRY: Order to Show Cause Why Action Should Not be Dismissed for Failure to Prosecute**

================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:
    None present                                        None present

## PROCEEDINGS: (IN CHAMBERS)

On June 28, 2019, after she had missed a second deadline, the Court ordered Plaintiff to show cause why this action should not be dismissed for her failure to prosecute it. The Court ordered her to file her motion for judgment on the pleadings within a certain time frame and advised her of the availability of help from the local pro se clinic. Instead, on July 24, a friend of hers filed a short "Summary of the Case," claiming that Plaintiff is mostly confined to bed. On August 22, Defendant asked that the Court once again order Plaintiff to show cause why this lawsuit should not be dismissed.

That request is granted: once again, Plaintiff must show cause why this lawsuit should not be dismissed for failure to prosecute. She has repeatedly failed to file required documents, including not only her motion for judgment on the pleadings but her proof of service of the complaint, and has been warned several times that her lawsuit might be dismissed as a result. The Court has no authority to accept or consider the filing submitted by her friend, which was not signed by Plaintiff. See C.D. Cal. R. 83-2.2.1 (noting that party acting pro se cannot delegate representation to any other person). Moreover, as the Court has explained to Plaintiff, help is available to her from the pro se clinic. If she is unable to prosecute this action herself, she must retain an attorney who can do so for her. Most Social Security disability-appeal attorneys work on a

contingency basis, so Plaintiff generally would not need any cash to retain one. The Social Security Administration may be able to direct Plaintiff to such attorneys.

Accordingly, Plaintff is ORDERED to show cause in writing no later than 10 days from the date of this order why this lawsuit should not be dismissed for her failure to prosecute it. Alternatively, she may file her motion for judgment on the pleadings within that time frame – bearing her own signature – in which case the order to show cause will automatically be discharged. The Court will not accept any other type of filing.

**Plaintiff is once again warned that her failure to timely and completely comply with this order will likely result in dismissal of her action.**