JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALIRIE R. VAUGHN,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>COMM'R OF SOC. SEC.,<br><br>　　　　　Defendant. | Case No. EDCV 19-0103-R (JPR)<br><br><br>**J U D G M E N T** |

　　For the reasons set forth in the accompanying Order Dismissing Action for Failure to Prosecute, it is hereby ADJUDGED that this action is dismissed.

DATED: September 25, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE